UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 11

MRJP, LLC,                                                      Case No. 13-43573

    Debtor.                                           Hon. Phillip J. Shefferly
_____/

### ORDER SETTING DEADLINE TO FILE COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

On February 27, 2013, the Debtor filed this Chapter 11 case. On July 16, 2013, the Debtor filed a combined plan and disclosure statement (ECF No. 68). At a hearing held on July 22, 2013, the Debtor informed the Court that it would not be going forward on its combined plan and disclosure statement, but would instead be filing an amended combined plan and disclosure statement by August 5, 2013. The Debtor did not do so. At a hearing held on August 23, 2013, the Debtor informed the Court that it would need an additional two weeks to file an amended combined plan and disclosure statement. The Court granted the extension of time. Accordingly,

**IT IS HEREBY ORDERED** that the Debtor shall file an amended combined plan of reorganization and disclosure statement no later than **September 6, 2013**.

**IT IS FURTHER ORDERED** that once the Debtor files an amended combined plan and disclosure statement, the Court will enter an order regarding the scheduling of further proceedings on it.

**IT IS FURTHER ORDERED** that if the Debtor fails to file an amended combined plan and disclosure statement by the date set in this order, the Court will issue an order to show cause why this case should not be converted or dismissed.

.

**Signed on August 23, 2013**

                                        **/s/ Phillip J. Shefferly**
                                      **Phillip J. Shefferly**
                                      **United States Bankruptcy Judge**